UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA,
TAMPA DIVISION

GROW FINANCIAL FEDERAL
CREDIT UNION FKA MACDILL
FEDERAL CREDIT UNION
    Plaintiff

vs.

JOSEPH A. WILLIAMS, JR. AKA
JOSEPH WILLIAMS
    Defendant(s)
    _____/

CASE NO.

8:10 cv 1874 T 17 AEP

**NOTICE OF REMOVAL**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant(s), JOSEPH A. WILLIAMS, JR. AKA JOSEPH WILLIAMS, hereby removes to this Court the state court action described below.

I. On July 13, 2010, an action was commenced in the Thirteenth Judicial Circuit Court In And For Hillsborough County, State of Florida, Civil Division, entitled GROW FINANCIAL FEDERAL CREDIT UNION FKA MACDILL FEDERAL CREDIT UNION, Plaintiff, vs. JOSEPH A. WILLIAMS, JR. AKA JOSEPH WILLIAMS, Defendant(s), Case number 10-CA-014328.

II. Defendant(s) was served with summons on July 24, 2010, and received a copy of Plaintiff's petition on July 24, 2010. This Notice is timely.

III. A copy of all process, pleadings and orders served upon Defendant(s) in the state court action are attached hereto as Exhibit "A".

1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA,
TAMPA DIVISION

IV. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C §1331, and is one which may be removed to this Court by Defendant(s) pursuant to the provisions of 28 U.S.C. §1441(b) in that it arises under the CONSUMER CREDIT PROTECTION ACT (Truth in Lending Act), 15 U.S.C. § 1601 *et seq.*, the FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. § 1692 *et seq*, the FAIR CREDIT PROTECTION ACT, 15 U.S.C. § 1681 *et seq.*, and UNFAIR OR DECEPTIVE ACTS OR PRACTICES (REGULATION AA), 12 C.F.R. § 227 *et seq.*

V. All Defendant(s) who have been served with summons and petition have joined in this Notice of Removal.

WHEREFORE, Defendant, JOSEPH A. WILLIAMS JR., prays that this action be removed to the United States District Court for the Middle District of Florida, Tampa, Florida.

DATED: August 23, 2010.

Respectfully Submitted,

*/s/ Joseph Williams*
JOSEPH A. WILLIAMS JR.
13110 Arbor Isle Drive, #305
Temple Terrace, FL 33637-1131
Defendant, pro se

IN THE CIRCUIT COURT IN AND FOR HILLSBOROUGH COUNTY,
STATE OF FLORIDA, CIVIL DIVISION

GROW FINANCIAL FEDERAL
CREDIT UNION FKA MACDILL
FEDERAL CREDIT UNION
    Plaintiff,

vs.

JOSPEH A. WILLIAMS, JR. AKA JOSPEH WILLIAMS
    Defendant(s)
_____/

CASE NO: 10 14328

DIVISION A

## SUMMONS
### PERSONAL SERVICE ON A NATURAL PERSON

TO: JOSPEH A. WILLIAMS, JR. AKA JOSPEH WILLIAMS, 13110 Arbor Isle Drive, Temple Terrace FL 33637

### IMPORTANT

A lawsuit has been filed against you. You have THIRTY (30) calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

    Attention: If you are a person with a disability who needs any accommodation in order to participate in this proceeding you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, 800 East Twiggs Street, Tampa, Fl (813) 272-7040, within 2 working days of your receipt of this Summons; if you are hearing or voice impaired, call 711.

    If you choose to file a written response yourself, at the same time you file your written response to the court, you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

KASS, SHULER, SOLOMON, SPECTOR
FOYLE & SINGER, P.A.
P.O. BOX 800
TAMPA, FLORIDA 33601
(813) 229-0900
Telecopier (813) 229-3323

**TO THE STATE OF FLORIDA**
**TO EACH SHERIFF OF THE STATE:** You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named defendant.

Dated on: JUL 1 3 2010 , 20____.

(SEAL)

HILLSBOROUGH CO. CLERK CIRCUIT CIVIL
By: LAKESHA MILLS
As Deputy Clerk

Thomas K. Sciarrino, Jr.,-478237-
J1001729/firsta01
P200A   MB # 1338

DATE: 24 Jul 10
TIME: 9:00 AM
Robert King
CPS-02-587302

SUMMONS:
PERSONAL SERVICE ON AN INDIVIDUAL

IMPORTANT

A lawsuit has been filed against you. You have THIRTY (30) calendar days after this Summons is served on you to file a written response to the attached Complaint in this Court. A phone call will not protect you; your written response, including the above case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

IMPORTANTE

Usted ha sido demandado legalmente. Tiene threnta (30) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes, interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiendades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney". (Demandate o Abogado del Demanadante).

IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez (30) jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse escrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-memo une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

KASS, SHULER, SOLOMON, SPECTOR
FOYLE & SINGER, P.A.
P.O. BOX 800
TAMPA, FLORIDA 33601
(813) 229-0900
Telecopier (813) 229-3323